Matter of Castro (2024 NY Slip Op 01145)

Matter of Castro

2024 NY Slip Op 01145

Decided on February 29, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 29, 2024

PM-20-24
[*1]In the Matter of William Castro, an Attorney. Committee on Professional Standards, Now Known as Attorney Grievance Committee for the Third Judicial Department, Petitioner; William Castro, Respondent. (Attorney Registration No. 2330074)

Calendar Date:February 13, 2024

Before:Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for petitioner. William Castro, Miami, Florida, respondent pro se. 

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for petitioner.
William Castro, Miami, Florida, respondent pro se.

Respondent was admitted to practice by this Court in 1990 and was also previously admitted in Florida. By June 1995 order of this Court, respondent's name was stricken from the roll of attorneys in this state upon the Court's conclusion that he had been disbarred by operation of law upon his conviction of several felonies (216 AD2d 782 [3d Dept 1995]). By December 2021 order, we reinstated respondent to the practice of law in this state subject to certain conditions (200 AD3d 1387 [3d Dept 2021]). Pursuant to the dictates of that order, respondent now seeks an order terminating and/or deeming satisfied the conditions set forth in the Court's order. Petitioner has been heard in response and does not oppose respondent's motion.
Upon respondent's motion, and upon examination of the papers submitted, we conclude that, under the circumstances presented, it is
ORDERED that respondent's motion is granted; and it is further
ORDERED that the condition set forth in the first numbered clause of the third decretal paragraph of this Court's December 16, 2021 Memorandum and Order on Motion is hereby terminated; and it is further
ORDERED that the condition set forth in the second numbered clause of the third decretal paragraph of this Court's December 16, 2021 Memorandum and Order on Motion is hereby deemed satisfied.
Garry, P.J., Clark, Pritzker, Lynch and Reynolds Fitzgerald, JJ., concur.